AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

SIR HOLLEY,

        Plaintiff,　　　　　　JUDGMENT IN A CIVIL CASE

        V.　　　　　　　　　　CASE NUMBER:　CV 624-059

CORE CIVIC,

        Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered January 3, 2025, the Court overrules Plaintiff's objection, adopts the Magistrate Judge's Report and Recommendation as it's opinion, denies Plaintiff's motion for preliminary injunction, and dismisses Plaintiff's complaint. This case stands closed.

1/3/2025　　　　　　　　　　　　　　　John E. Triplett, Clerk of Court
**Date**　　　　　　　　　　　　　　　　Clerk



　　　　　　　　　　　　　　　　　　　(By) Deputy Clerk

GAS Rev 10/2020